## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**MERLON HINES**                                                                                                    **PLAINTIFF**

**v.**                       **CIVIL ACTION NO. 1:22-cv-168-TBM-RPM**

**LOGICAL INNOVATIONS, INC.**                                            **DEFENDANT**

### JUDGMENT OF DISMISSAL

The parties have agreed to, and announced to the Court, a resolution of this case. The Court desires that this matter be finally closed on its docket.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, with each party to bear its own costs. The Court will retain jurisdiction over this lawsuit for the purpose of enforcing any agreement governing the resolution and dismissal.

This the 22nd day of November, 2023.

                                                                                   _____
                                                                                   TAYLOR B. McNEEL
                                                                                   UNITED STATES DISTRICT JUDGE